No. 94–5707. WILSON *v.* ARKANSAS. Sup. Ct. Ark. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 93–1958. FELDMAN *v.* BAHN ET AL. C. A. 7th Cir. Certiorari denied. 

No. 93–7963. SCOTT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 93–8910. LEWIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 93–9295. WALDRON *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. 

No. 93–9484. RICHARDSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 93–9645. LAWRENCE *v.* RILEY, SECRETARY OF EDUCATION, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 93–9758. FERRAN ET AL. *v.* TOWN OF NASSAU, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied. 

No. 94–22. WASHINGTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–32. ALLSTATE INSURANCE CO. *v.* DEUS ET AL.; and
No. 94–427. DEUS *v.* ALLSTATE INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–44. BELKNAP *v.* HENDERSON ET AL. C. A. 5th Cir. Certiorari denied. 

No. 94–161. HEUER *v.* UNITED STATES SECRETARY OF STATE. C. A. 11th Cir. Certiorari denied.